AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _Stefanie Prather_
Deputy Clerk

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH TWO EMAIL ACCOUNTS THAT ARE STORED AT PREMISES CONTROLLED BY MICROSOFT )

Case No. MJ20-206

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Western__ District of __Washington__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-2, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before __5/6/20__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __any U.S. Magistrate Judge in this District__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: __4/23/20, 9:30 am__

_/s/ Brian A. Tsuchida_
Judge's signature

City and state: Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ20-206 | 4/23/2020 | Emailed to microsoft |

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

Email accounts: prinhces_latina07@hotmail.com
lluvia_selene07@hotmail.com

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

8/24/21 /B/

Date: 8/23/2021

*Allana Kleinosky*
Executing officer's signature

Allana Kleinosky, Special Agent
Printed name and title